DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FREDERICK FRED LUONGO,**
Appellant,

v.

**JEFF GOMEZ** and **HE SHALL SUPPLY MINISTRIES, INC.,**
Appellees.

No. 4D16-3004

[July 20, 2017]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Paul B. Kanarek, Judge; L.T. Case No. 312010CA075325.

Frederick Fred Luongo, Vero Beach, pro se.

No appearance for appellees.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***